# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZD, a minor, by her parent and natural guardian Shanae Bridgeford,**<br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CHESTER COMMUNITY CHARTER SCHOOL,**<br>　　　　　　　　**Defendant.** | CIVIL ACTION<br><br><br>NO. 22-5082 |

## O R D E R

**AND NOW**, this 12th day of July, 2023, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 15) and in accordance with the Court's Order approving the parties' joint stipulation (ECF No. 22), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 15) is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.