**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZD, a minor by her parent and natural** | : | No. 2:22-cv-05082 |
| **Guardian, SHANAE BRIDGEFORD** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **CHESTER COMMUNITY CHARTER** | : | **Electronically filed** |
| **SCHOOL** | : | |
| *Defendants* | : | |

## O R D E R

AND NOW, this _____day of _____, 2023, upon consideration of Plaintiff

Shanae Bridgeford's Petition for Leave to Compromise a Minor's Action and Allocate Settlement

Funds, it is hereby ORDERED and DECREED that the Petition is GRANTED.  Plaintiff Shanae

Bridgeford is authorized to enter into a settlement with Chester Community Charter School for a

gross sum of ███████ Defendants shall forward all settlement drafts or checks to Plaintiff's

counsel for proper distribution.

It is further ORDERED and DECREED that the funds of the total gross settlement of

███████ shall be allocated as follows:

| | | | |
|---|---|---|---|
| To: | ███████, a Minor | : | $███████ |
| | **DOB:** ███████ | | |
| | **Social Security:** ███████ | | |

To:   **The Law Office of Jared S. Zafran, LLC:**

Funds reimbursed for litigation expenses
Counsel Fees (25% of Settlement) after costs      ███████

**TOTAL:**      ███████

COUNSEL (and not the parents and/or guardians to the Minor) is hereby AUTHORIZED and

specifically DIRECTED to execute all documentation necessary to deposit the funds belonging to the

Minor, ███████ in an interest-bearing savings certificate in a federally insured bank or savings

institution having an office in Philadelphia County IN THE NAME OF THE MINOR ONLY.  The

certificate shall be marked as hereinafter directed.

The certificate shall be titled and restricted as follows ████████, a Minor, not to be redeemed except for renewal in its entirety, nor to be withdrawn, assigned, negotiated, or otherwise alienated before the Minor attains majority on December 7, 2034, except upon prior Order of Court.

If no withdrawals are made from the investments authorized by this Decree, the depository may pay over the balance on deposit when the Minor attains majority, upon the order of the late Minor, without further Order of this court.

Within thirty (30) days from the date of this Decree, counsel for Petitioner shall file an Affidavit, certifying compliance with this Decree.  Counsel shall attach to the Affidavit a copy of the savings certificate reflecting the required restrictions and shall pay such fee as may be required by the Clerk.  The Affidavit shall bear the caption of the United States District Court and shall contain the case number.

The Affidavit shall further contain a specific averment by counsel that counsel, and not the parent(s) and/or guardian(s) of the Minor, established the account(s) and deposited the funds therein as directed above.

BY THE COURT:

_____

HON. KELLY HODGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZD, a minor by her parent and natural Guardian, SHANAE BRIDGEFORD | : | No. 2:22-cv-05082 |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| CHESTER COMMUNITY CHARTER SCHOOL | : | Electronically filed |
| *Defendants* | : | |

Plaintiff Shanae Bridgeford, through her attorney, Andrew J. Thomson, Esquire, hereby moves for this court to order that the Court grant her Petition for Leave to Compromise a Minor's Action and in support thereof avers:

1. Plaintiff Shanae Bridgeford filed a Complaint on December 21, 2022 alleging that her daughter Z.D. was assaulted by a male student in the bathroom on October 5, 2022 after having earlier interactions with the same boy in which he had previously assaulted her in the schoolyard.

2.  Plaintiff brought claims under Title IX.

3. Defendant denied all allegations in the Complaint and asserted affirmative defenses in an Answer filed March 3, 2023.

4. The parties litigated the matter and as of October were preparing for trial at that time of settlement discussions on November 2, 2023.

5. On November 2, 2023, Plaintiff Shanae Bridgeford approved the settlement amount of ███████ for Z.D.

6. The proposed distribution of $██████ s as follows:


   To:    ██████████ , a Minor    :        ████████

           DOB: ████████
           Social Security: ████████████

To:    **The Law Office of Jared S. Zafran, LLC:**

Funds reimbursed for litigation expenses
Counsel Fees (25% of Settlement) after costs    

                                    **TOTAL:**    

7. Z.D. is a minor and the Court must approve any settlement of his action.

8. As part of the agreement to settle the matter, Plaintiff and Defendant have agreed to mutual confidentiality regarding the settlement amount.

9. Z.D. began therapy with Joseph J. Peters Institute in April 2023 and continues to have therapy in accordance with the plan. See, Wellness Plan attached at Exhibit A.

10. Plaintiff and counsel recommend approval of a settlement for Z.D., a minor, in the gross amount of negotiated with the Defendants' counsel, because they believe that it adequately represents a full and complete settlement of the case equal to or greater than that which may be obtained should the matter be fully litigated.

11. Plaintiff has been fully apprised of the risks of recovery at a trial in this matter and agrees that this settlement is a fair monetary sum in light of those risks.

12. Z.D. has no outstanding bills or liens for any therapy he has received following the incident.

13. Counsel requests a fee in the amount of 25% of the gross settlement amounting to ▮▮▮▮ after the reduction of litigation costs in this matter, which has been litigated.

14. Counsel requests payment of ▮▮▮ for litigation costs, including filing fees, service fees, administrative office costs in accordance with the cost breakdown attached at Exhibit B.

15. Counsel has not and will not receive collateral payments or counsel fees for representation involving the same client from third parties, (i.e. subrogation claims).

16. The net payable to the minor, Z.Y, after attorney's fees and reimbursement of litigation costs is $█████

WHERFORE, Plaintiff Shanae Bridgeford respectfully requests that this Court permit Plaintiff to enter into a settlement recited above and that the Court enter an Order of Distribution as follows:

To:     █████████, a Minor   :        █████████

        DOB:     ██████
        Social Security: █████████

To:     **The Law Office of Jared S. Zafran, LLC:**

Funds reimbursed for litigation expenses            ██████
Counsel Fees (25% of Settlement) after costs        ████████

                        **TOTAL:**      ██████

Respectfully submitted,

**Andrew J. Thomson**
**Attorney for Plaintiff**
Attorney I.D. No. 87844
Law Office of Jared S. Zafran, LLC
1500 Walnut Street, Suite 500
Philadelphia, PA 19102
Ajthomson@zafranlaw.com
215-587-0038

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZD, a minor by her parent and natural** | : | No. 2:22-cv-05082 |
| **Guardian, SHANAE BRIDGEFORD** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **CHESTER COMMUNITY CHARTER** | : | **Electronically filed** |
| **SCHOOL** | : | |
| *Defendants* | | |

I, Andrew J. Thomson, Esquire, do hereby certify that on the date noted below, a true and correct copy of foregoing Plaintiff's Motion for Leave Compromise a Minor's Action and Allocate Proceeds was electronically filed and is available for viewing and downloading from the ECF system.

Respectfully submitted,

**Andrew J. Thomson**
**Attorney for Plaintiff**
Attorney I.D. No. 87844
Law Office of Jared S. Zafran, LLC
1500 Walnut Street, Suite 500
Philadelphia, PA 19102
Ajthomson@zafranlaw.com
215-587-0038

# Exhibit "A"

Case 2:22-cv-05082-KBH  Document 33  Filed 11/14/23  Page 9 of 12

**Joseph J. Peters Institute**

100 S. Broad Street, 17th Floor, Philadelphia, PA 19110

1211 Chestnut Street, 5th floor, Philadelphia, PA 19107

| DIAGNOSIS CODE | DESCRIPTION |
|---|---|
| F43.10 | Posttraumatic stress disorder |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

My Name: ████████         Chart #: 251567

My DOB ████████         My Admission Date: 4/10/2023

My primary treatment provider, degree, & license: Padmini Kunnathully, M.S

My DHS/CUA Worker (if applicable): _____

My Probation Offcr. (if applicable): _____

My Initial Wellness Plan Date: 4/10/2023

My Present Wellness Plan Date: 4/10/2023

My Next Wellness Plan is Due On: 10/7/2023

(180 days from present)

| X | Preliminary/Initial Wellness Plan (Update before fourth therapy session) |
|---|---|
|  | Comprehensive Status (Update every 6 months or when clinically indicated) |

**Most Recently Updated Objective Measures of My Progress in Treatment**

| X | Child/Adol. SS | CPSS: _X_ Date:_____ | CATS: _X_ Date:_____ |
|---|---|---|---|
|  | Adult SS | PDS-5:___ Date:_____ | BDI-II:___ Date:_____ |
|  | Adult SRP | SOTIPS:___ Date:_____ | Other: |
|  | Other: |  |  |

# WELLNESS PLAN

My progress from previous Wellness Plan (if **not** initial plan):

My 1st Challenge *(quote participant's exact words)*: _____

My 2nd **Challenge** *(quote participant's exact words)*: _____

My 3rd **Challenge** *(quote participant's exact words)*: _____

**Behavioral Description of My First Challenge:**

*(quote participant's exact words):*

| My Treatment Period Goal | Target Date | Strengths-Based Objectives (My Actions) | Treatment Interventions (My Therapist's Actions) |
|---|---|---|---|
| Completion of the evaluation/mental health assessment | 10/7/2023 | I will actively engage in this evaluation process. Other involved parties (parents, referral sources, etc.) will provide information and support for this evaluation with my consent. | Evaluator will conduct structured clinical interviews; contact collaborating agencies with participant consent; record review; psychological testing and in collaboration with other evaluation team members including psychiatrist made diagnoses, treatment and safety recommendations. |

**Behavioral Description of My 2nd Challenge:**  Name: ███████   DOB: ███████   Chart #: ___251567___

(quote participant's **exact** words):

| My Treatment Period Goal | Target Date | Strengths-Based Objectives (My Actions) | Treatment Interventions (My Therapist's Actions) |
|---|---|---|---|
| Maintain safety **by** following **my** safety plan as discussed and documented **during my evaluation by my evaluator.** | 10/7/2023 | 1. I will recognize warning signs and triggers, and use **my** internal coping strategies, supports and emergency resources.  I agree to contact supports and emergency resources if I feel unsafe. | 1. My therapist will review my safety plan and contract once I am assigned and revise as needed. |

Structured tools (listed above) were used to create/ modify this goal:          X  Yes     ___ No     ___ N/A

*(Note: strengths, barriers, and discharge criteria/goals should quote participant's exact words)*

**My Strengths:** _____

**My Potential Barriers:**   History of trauma

**My Discharge Criteria/Goals:**   When participant has reached 80% of treatment goals, discharge can be discussed.

**School Attendance Plan:**   For school-aged children, if treatment interferes with school attendance, describe the plan to address the situation (below) or check "N/A": ___ N/A

**Method, Modalities, Frequency, and Duration of treatment interventions:**   e.g., _X_ Individual Therapy _#_ hour sessions _#_ time(s) per week

| | | | |
|---|---|---|---|
| _X_ Individual Therapy | 1 hour sessions | 1 time(s) per week |
| ___ Group Therapy | ___ hour sessions | ___ time(s) per week |
| ___ Family Therapy | ___ hour sessions | ___ time(s) per week |
| ___ Other: | ___ hour sessions | ___ time(s) per week |

I have been offered a copy of my wellness plan and I have accepted/declined a copy.  (Circle one)     Participant's Initials _____

**PARTICIPANT'S STATEMENT:  MY SIGNATURE** BELOW INDICATES THAT I UNDERSTAND AND AGREE WITH THE CONTENTS OF THIS PLAN.

**Participant, Parent, Legal Guardian:** *[signature]*   Date: 4/10/23   Participant sig. required if ≥ 14; parent/legal guardian sig. required if participant is ≤ 13

**Other:** _____   Date: _____

**Primary Treatment Provider (PTP):** *[signature]* M.s   Date: 4/10/2023

**Advanced Practice Prof. (APP)*:** _____   Date: _____   Check one:   MD/DO: _X_   PA: ___   CRNP: ___   Initial: SB   Review: ___

treatment provider (PTP), APP should sign on the PTP line.

# Exhibit "B"

## The Law Offices of Jared S. Zafran LLC

## Transactions by Account

### All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| **Advanced Client Costs** | | | | | | |
| | | 10.06.22(M) | | | | |
| Bill | 01/03/2023 | 2022012014 | Court House Legal Services inc | 2022012014 Zd V Chester Community Charter Scho | ▮ | ▮ |
| Bill | 01/15/2023 | 44691021888037209 | M&T Bank | USDC Courts | | |
| General Journal | 11/10/2023 | | | administrative fee | | |