# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZD, a minor, by her parent and natural guardian Shanae Bridgeford,**<br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CHESTER COMMUNITY CHARTER SCHOOL,**<br>　　　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-5082** |

## O R D E R

**AND NOW**, this 9th day of January, 2024, the Court having, *inter alia*, granted Plaintiff Shanea Bridgeford's Petition for Leve to Compromise a Minor's Action and Allocate Settlement Funds by Order dated November 27, 2023, plaintiff having timely filed an Affidavit of Compliance (ECF 38), and the Court noting that plaintiff has complied with the all of directives in the Order dated November 27, 2023, **IT IS ORDERED** that this case is **DISMISSED**.  The Clerk of Court shall **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge

　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**